# United States Court of Appeals for the Fifth Circuit

No. 25-30620

Larysa Kostak,

*Petitioner—Appellee,*

*versus*

Donald J. Trump, *President of the United States*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Pamela Bondi, *U.S. Attorney General*; Todd Lyons, *in his official capacity as Acting Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement*; Brian Acuna, *in his official capacity as Acting Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operation*; Keith Deville, *in his official capacity as Facility Administrator, LaSalle Corrections Facility, Richwood Correctional Center*; DOJ Executive Office For Immigration Review,

*Respondents—Appellants.*

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:25-CV-1093

ORDER:

IT IS ORDERED that Appellant's Opposed Motion to stay further proceedings in this court pending resolution of 25-20496, *Buenrostro-Mendez v. Bondi*, is GRANTED.

No. 25-30620

_____
Kurt D. Engelhardt
*United States Circuit Judge*